IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WANDA RIVERA-RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART P.R., INC.,<br><br>Defendant. | CIV. NO.: 11-1842(SCC) |

## FINAL JUDGMENT

In light of the stipulation of dismissal filed in this case, Docket No. 65, judgment is hereby entered **dismissing this case with prejudice**. The parties shall bear their own costs and fees.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 28th day of February, 2013.

S/ SILVIA CARREÑO-COLL
UNITED STATES MAGISTRATE JUDGE